FILED

DEC 1 3 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
　　　　　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| UNITED STATES OF AMERICA,<br>　　　　　　　　　　Plaintiff,<br><br>V.<br><br>LUIS ROBERT VASQUEZ,<br>ARLENE GONZALEZ,<br>　　　　　　　　　　Defendants. | CRIMINAL NO. MO 17 CR · 258<br>INDICTMENT<br><br>[Vio: 21 U.S.C. § 846 -<br>Conspiracy;<br>21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance] |
|---|---|

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [21 U.S.C. § 846]

That beginning on or about August 2, 2017 and continuing until on or about September 6, 2017, in the Western District of Texas, the Defendants,

**LUIS ROBERT VASQUEZ and
ARLENE GONZALEZ,**

did combine, conspire, confederate and agree together and with each other to possess with intent to distribute a controlled substance, which offense involved 50 grams or more of actual methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), in violation of Title 21, United States Code, Section 846.

### COUNT TWO
### [18 U.S.C. §§ 924(c)]

That on or about September 6, 2017, in the Western District of Texas, the Defendant,

**LUIS ROBERT VASQUEZ,**

did knowingly possess a firearm, to wit: a Smith and Wesson .40 caliber pistol, in furtherance of the drug trafficking crime charged in Count One of this Indictment, re-alleged herein, in violation of Title 18, United States Code, Sections 924(c)(1).

A TRUE BILL.

JOHN F. BASH
UNITED STATES ATTORNEY

*[signature]*

GLENN HARWOOD
Assistant United States Attorney

Original signed by the
foreperson of the Grand Jury